AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Chrimar Systems, Inc D/B/A CMS Technologies
and Chrimar Holding Company, LLC,

*Plaintiff(s)*

v.

EnGenius Technologies, Inc.,

*Defendant(s)*

Civil Action No. 6:15-cv-00640-JRG-JDL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
EnGenius Technologies, Inc.
c/o: I-Min Lim
1580 Scenic Avenue
Costa Mesa, California 92626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Justin S. Cohen
Richard L. Wynne, Jr.
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/7/15

*David Maland*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:15cv640

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

** SEE ATTACHED **
*** AFFIDAVIT ***

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Justin S. Cohen; Richard L. Wynne, Jr. THOMPSON & KNIGHT LLP 1722 Routh Street, Suite 1500 Dallas TX 75201 ATTORNEY FOR (Name): PLAINTIFF | TELEPHONE NO.: One Arts Plaza Ref. No. or File No.: 1900408 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS

PLAINTIFF: Chrimar Systems, Inc., etc. v. EnGenius Techn.
DEFENDANT:

| PROOF OF SERVICE SUMMONS IN A CIVIL ACTION | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: 6:15-cv-00640-JRG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
SUMMONS IN A CIVIL CASE
COMPLAINT (WITH EXHIBITS)

2. By delivery at :
   a. Address, City, State
   1580 Scenic Avenue, Costa Mesa, California 92626

3. On (date and time)
   (a) on (date): 7/13/2015     (b) at (time): 1:40 PM

4. In the COUNTY OF ORANGE, STATE OF CALIFORNIA, on the within named entity:
   Name of Business: EnGenius Technologies, Inc.

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:
   Name and Title or Description: I-Min Lim, Authorized Agent for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
   Name:
   Address:

7. Person serving (name, address and telephone No.):
   Robert S. Prow

   a. **Fee** for service:
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [X] Registered California process server.
      (1) [ ] Employee or independent contractor
      (2) Registration No.: 2155 / Orange Co.
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/15/2015

(SIGNATURE)

PROOF OF SERVICE                ems, Inc., etc. v. EnGenius Techn.
SUMMONS IN A CIVIL ACTION