**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC. ET AL** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:15-cv-640-JRG-JDL |
| | § | |
| **ENGENIUS TECHNOLOGIES, INC.** | § | |
| | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that David Yang of Walker Stephens Cannom LLP enters his appearance on behalf of Defendant EnGenius Technologies, Inc. in this matter as additional counsel.

David Yang may receive all communications from the Court and from other parties at Walker Stephens Cannom LLP, 550 South Hope Street, Suite 460, Los Angeles, CA 90071; e-mail dyang@wscllp.com

Dated: September 8, 2015                                   Respectfully submitted,

                                                                                   */s/ David Yang*
                                                                                   David Yang
                                                                                   (California Bar No. 246132)
                                                                                   WALKER STEPHENS CANNOM LLP
                                                                                   550 South Hope Street, Suite 460
                                                                                   Los Angeles, California 90071
                                                                                   Email: dyang@wscllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of September, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                            */s/ David Yang*
                                                            David Yang